DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANTONIO THEODORIC MITCHELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1375
_____

November 15, 2023

Appeal from the Circuit Court for Hillsborough County; Christopher C. Sabella, Judge.

Robert David Malove of Robert David Malove, P.A., Fort Lauderdale, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Allison C. Heim, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


SILBERMAN, LaROSE, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.